

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 30, 2025

BY ECF
Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     ***Re:***     ***Pro Publica, Inc. v. U.S. Food and Drug Administration,*** **24 Civ. 8712 (DEH)**

Dear Judge Ho:

     Counsel for Plaintiff ProPublica, Inc. ("ProPublica") and Defendant the United States Food and Drug Administration ("FDA") respectfully submit this joint status report in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). In accordance with the proposed schedule set forth in the parties' prior status report (ECF No. 19), which the Court so-ordered (ECF No. 20), on May 12, 2025, FDA made its first production of non-exempt records responsive to the remaining three FOIA requests submitted by ProPublica.[1] Also in accordance with that schedule, FDA will continue to review potentially responsive records at a rate of 750 pages per month, and the parties will continue to file status reports every 60 days, with the next report due on or before July 29, 2025.

     We thank the Court for its consideration of this letter.

                             Respectfully submitted,

                             JAY CLAYTON
                             United States Attorney for the
                             Southern District of New York

                             */s/ Sarah S. Normand*
                             Sarah S. Normand
                             Assistant U.S. Attorney
                             86 Chambers Street, Third Floor
                             New York, New York 10007

---

[1] FDA previously produced records in response to the fourth FOIA request submitted by ProPublica, and the parties continue to meet and confer about FDA's response to that request. ProPublica reserves the right to challenge redactions and claims of FOIA exemptions, but will continue to work with the FDA in good faith to resolve those disputes where possible without intervention from the Court.

Page 2

Telephone: (212) 637-2709
Sarah.Normand@usdoj.gov

*Counsel for Defendant*

DAVIS WRIGHT TREMAINE LLP


/s/ *John M. Browning*

John M. Browning
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 402-4072
jackbrowning@dwt.com

*Counsel for Plaintiff*