

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 12, 2025

<u>BY ECF</u>
Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

              Re:    *Pro Publica, Inc. v. U.S. Food and Drug Administration,*
                     **24 Civ. 8712 (DEH)**

Dear Judge Ho:

      Counsel for plaintiff ProPublica, Inc. ("ProPublica") and defendant the United States Food and Drug Administration ("FDA") respectfully submit this joint status report in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

      On October 9 and November 14, 2025, FDA made its sixth and seventh productions of non-exempt records responsive to three FOIA requests submitted by ProPublica in accordance with the proposed schedule set forth in the parties' prior status report (ECF No. 19), which the Court so-ordered (ECF No. 20). FDA expects to make its eighth production on December 12, 2025.

      As per the so-ordered schedule, FDA will continue to review potentially responsive records at a rate of 750 pages per month, and the parties will continue to file status reports every 60 days, with the next report due on or before February 10, 2026.[1]

      We thank the Court for its consideration of this letter.

---

[1] The due date for the current status report was tolled from November 28, 2025, to January 12, 2026, due to the Amended Standing Order issued on October 2, 2025, *see In re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, M10-468, 25-mc-00433-LTS (S.D.N.Y.), ECF No. 3, which automatically tolled all deadlines for a period of time equal to the number of calendar that the government was shutdown due to a lapse in appropriations (43 days). Nonetheless, because FDA was able to continue to review and produce documents during this time period, the parties conferred and decided to submit a status report today and will submit the next status report in 60 days.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

/s/ *Christine S. Poscablo*
CHRISTINE S. POSCABLO
Assistant U.S. Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2674
christine.poscablo@usdoj.gov

*Counsel for Defendant*

DAVID WRIGHT TREMAINE LLP

/s/ *Thomas R. Burke*
Thomas R. Burke
Davis Wright Tremaine LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6552
thomasburke@dwt.com

*Counsel for Plaintiff*